# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS CATANO,<br><br>        Petitioner,<br><br>  v.<br><br>D. ADAMS,<br><br>        Respondent.<br>_____/ | 1:04-CV-06395 LJO NEW (DLB) HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On November 3, 2004, the Court issued an order directing Respondent to submit a response to the petition. Respondent filed a response on March 2, 2005; however, the response filed in this action was actually a response to the petition in Case No. 1:04-CV-06282 AWI LJO HC. The Clerk of Court notified Respondent of this error on June 5, 2007. To date, the correct response has not been received by the Court.

      Accordingly, it is HEREBY ORDERED that Respondent is DIRECTED to file the appropriate response in this case within twenty (20) days of the date of service of this Order.

    IT IS SO ORDERED.

Dated:   **September 10, 2007**           **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE